IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL WAYNE LAUDERDALE, JR.,

        Plaintiff,

v.                                                                    5:13cv168-WS

KENNETH S. TUCKER, et al.,

        Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed

June 17, 2013.  See Doc. 12.  The magistrate judge recommends that this case be

dismissed with prejudice for failure to state a claim upon which relief may be granted.

The plaintiff has filed objections (doc. 17) to the report and recommendation,

suggesting that this court lacks jurisdiction because the defendants' notice of removal

contains an electronic signature rather than an original signature.  The court finds no

merit to the plaintiff's objections.  See N.D. Fla. Loc. R. 5.1(A)(7) (providing that "[u]se

of the Filing User's login user name and password, either by the Filing User or by

someone authorized to act on behalf of a Filing User, to file a document electronically

is the legal equivalent of the Filing User's original signature on the document filed and

is, for all purposes, the signature of the Filing User required by Fed. R. Civ. P. 11, the

Federal Rules of Civil and Criminal Procedure, these Local Rules, and any other

purpose for which a signature is required in connection with proceedings before the court").

Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 12) is hereby ADOPTED and incorporated by reference into this order.

2.  This action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

3.  The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

DONE AND ORDERED this ____8th____ day of _____July____, 2013.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE